# FINANCIAL AFFIDAVIT

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23
REV. 1/90

| IN UNITED STATES IN THE CASE OF | ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below) |
|---|---|
| _____ VS. _____ | FOR DISTRICT COURT E D N Y |

IN CLERK'S OFFICE
★ JUL 03 2012 ★
LONG ISLAND OFFICE

**PERSON REPRESENTED** (Show your full name): Kendrick Harris

1 ☑ Defendant—Adult
2 ☐ Defendant—Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

**CHARGE/OFFENSE** (describe if applicable & check box →): ☑ Felony  ☐ Misdemeanor

**LOCATION NUMBER:**

**DOCKET NUMBERS:**
Magistrate: 630
District Court:
Court of Appeals:

## ASSETS

**EMPLOYMENT**
- Are you now employed? ☑ Yes ☐ No ☐ Am Self Employed
- Name and address of employer: Construction
- IF YES, how much do you earn per month? $1,500.00 - 2,000.00
- IF NO, give month and year of last employment. How much did you earn per month $_____
- If married is your Spouse employed? ☑ Yes ☐ No
- IF YES, how much does your Spouse earn per month $ unknown
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income $_____

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☑ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $_____

**CASH**
- Have you any cash on hand or money in savings or checking account ☐ Yes ☑ No   IF YES, state total amount $_____

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☑ No
- IF YES, GIVE VALUE AND DESCRIBE IT $_____

## OBLIGATIONS & DEBTS

**DEPENDENTS**
- MARITAL STATUS: ☐ SINGLE ☑ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
- Total No. of Dependents: 5
- List persons you actually support and your relationship to them: children

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| | Child Payments | $ | $ 300.00 |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify the above to be correct.

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ Kendrick Harris     7-3-12